UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**SUDOOS HAMOOD,**

    Plaintiff,

v.

**ARAB COMMUNITY CENTER FOR ECONOMIC AND SOCIAL SERVICES (ACCESS),**

    Defendant.

Case No. 2:23:cv-10270-LVP-APP

Hon. Linda V. Parker

Magistrate Anthony P. Patti

---

Michael N. Hanna (P81462)
Matthew R. Gunther (Pro Hac Vice)
MORGAN & MORGAN, P.A.
2000 Town Center, Ste. 1900
Southfield, MI 48075
313-739-1950
mhanna@forthepeople.com

Attorneys for Plaintiff

George B. Washington (P26201)
SCHEFF & WASHINGTON, P.C.
615 Griswold, Ste. 1216
Detroit, MI 48226
313- 963-1921 (Telephone)
scheff915@gmail.com

Attorneys for Defendant

---

## DEFENDANT ACCESS'S WITNESS LIST

Pursuant to the Federal Rules of Civil Procedure, the defendant ACCESS may call any or all of the following persons as witnesses in this matter:

1. Lina Hourani-Harajli

2. Anisa Sahoubah

3. Mosein Hussein

4. Grace Irwin

5. Meredith Haddad

6. Brigitte Fawaz-Anouti

7. Bushra Alhusaini

8. Kawther Kress

9. Nahed Alkashbari

10. Bassem Muhsin

11. Dr. Glen Maleyko or his designee
    Superintendent, Dearborn Public Schools

12. Dr. Nikolai Vitti or his designee
    Superintendent, Detroit Public Schools

13. Director or his or her designee,
    Michigan Department of Health and Human Services

14. Dr. Raya Hussain

15. Custodian of Records
    School of Education, Harvard University

16. All witnesses listed by plaintiff

17. All witnesses whose names are revealed through later discovery

18. All necessary rebuttal witnesses.

By the defendant's attorneys,

/s/ George B. Washington
GEORGE B. WASHINGTON (P 26201)
SCHEFF & WASHINGTON, PC
615 Griswold - Suite 1216
Detroit, Michigan 48226
313-963-1921
scheff915@gmail.com

Dated:  August 30, 2023

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day he served a copy of the foregoing pleading upon counsel for the defendant by enclosing a copy of this Motion and the accompanying Brief by filing it with this Court under the ECF system which will automatically send a copy to counsel of record.

/s/ George B. Washington
Scheff & Washington, P.C.
Attorneys for the Defendant

Dated: August 30, 2023