UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**SUDOOS HAMOOD**, individually,

    Plaintiff,

v.

**ARAB COMMUNITY CENTER FOR ECONOMIC AND SOCIAL SERVICES, d/b/a, ACCESS**,
a Domestic Nonprofit Corporation,

    Defendant.

Case No. 2:23-cv-10270

Hon. Linda v. Parker

Magistrate Anthony P. Patti

## PLAINTIFF'S INITIAL WITNESS LIST

NOW COMES Plaintiff, Sudoos Hamood, by and through her counsel, and hereby submits the following list of witnesses who may be called to testify at the time of trial:

1. Sudoos Hamood, Plaintiff
2. Wisam Qasem-Fakhoury, CFO
3. Hassan Jaber, President and CEO
4. Mosein Hussein, Director of Human Resources
5. Jacqueline Herman
6. Anisa Sahoubah
7. Meredith Steih Haddad

8. Brigitte Fawaz-Anouti

9. Heidi Mellanen-Swieki

10. Alex Edwards

11. Grace Irwin

12. Lina Hourani-Harajli

13. David Petrella

14. Any and all current or former supervisors, evaluators, employees or representatives of the Defendant's Human Resources Department.

15. Any and all persons identified in Defendant's Witness List.

16. Any and all witnesses identified in any depositions or written discovery conducted in this matter.

17. Any and all records custodians or witnesses needed to authenticate any exhibit.

18. Any and all experts used by either Plaintiff or Defendants in this matter.

19. Any and all rebuttal witnesses.

20. Any and all impeachment witnesses.

Plaintiff reserves the right to amend this Witness List and add names as they become known throughout the course of discovery in this matter.

Dated: August 30, 2023

Respectfully submitted,

MORGAN & MORGAN, P.A.

*/s/ Michael N. Hanna*
Michael N. Hanna (P81462)
Florida Bar No.: 85035
MORGAN & MORGAN, P.A.
2000 Town Center, Suite 1900
Southfield, MI 48075
(313) 251-1399
mhanna@forthepeople.com

Matthew R. Gunter, Esq.
(Admitted Pro Hac Vice)
Florida Bar No.  0077459
20 N Orange Ave., Ste. 1600
Orlando, FL 32801
(407) 420-1414
mgunter@forthepeople.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 18, 2023, the foregoing document was filed using the CM/ECF system, which will send notice of same to all counsel of record.

*/s/ Michael N. Hanna*
Michael N. Hanna (P81462)
*Attorney for Plaintiff*

3