# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**SUDOOS HAMOOD**,

      Plaintiff,

v.

**ARAB COMMUNITY CENTER FOR ECONOMIC AND SOCIAL SERVICES, d/b/a, ACCESS**, a Domestic Nonprofit Corporation,

      Defendant.

Case No. 2:23-cv-10270-LVP-APP

District Judge: Linda V. Parker

Magistrate Judge: Anthony P. Patti

## PLAINTIFF'S NOTICE OF FILING EXHIBITS TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT DATED JUNE 10, 2024

Plaintiff, SUDOOS HAMOOD, by and through his undersigned counsel hereby files the Exhibits 1 through 15 to Plaintiff's Motion for Partial Summary Judgment, filed on June 10, 2024 (D.E. 33).

Respectfully submitted,

*/s/ Matthew R. Gunter*
Matthew R. Gunter, Esq.
*(Admitted Pro Hac Vice)*
Florida Bar No.  0077459
20 N. Orange Ave., Ste. 1600
Orlando, FL 32801
Telephone: (407) 236-0946
Email: mgunter@forthepeople.com

Michael N. Hanna (P81462)
Florida Bar No.: 85035

1

MORGAN & MORGAN, P.A.
2000 Town Center, Suite 1900
Southfield, MI 48075
Telephone: (313) 251-1399
Email: mhanna@forthepeople.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of June, 2024, I electronically filed the foregoing using the CM/ECF filing system, which I understand will send a notice of electronic filing to all parties of record.

*/s/ Matthew R. Gunter*
Matthew R. Gunter, Esq.

2