UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**SUDOOS HAMOOD,**

    Plaintiff,

v.

**ARAB COMMUNITY CENTER
FOR ECONOMIC AND SOCIAL
SERVICES (ACCESS),**

    Defendant.

Case No. 2:23:cv-10270-LVP-APP

Hon. Linda V. Parker

Magistrate Anthony P. Patti

## JURY VERDICT FORM

**Question 1: Religious Belief**

Do you find by a preponderance of the evidence that Ms. Hamood had a sincerely held religious belief or practice that conflicted with an employment requirement?

☑ **Yes**

☐ **No**

(If you answer **No**, do not answer further questions.)


**Question 2: Failure to Accommodate**

Do you find by a preponderance of the evidence that ACCESS failed to reasonably accommodate Ms. Hamood's religious practice?

☑ **Yes**

☐ **No**

(If you answer **No**, do not answer further questions.)

**Question 3: Undue Hardship**
Do you find by a preponderance of the evidence that: Defendant offering Plaintiff a "reasonable accommodation" would have imposed an undue hardship on the conduct of Defendant's business, meaning a burden that would result in substantial increased costs or significant disruption in relation to the conduct of ACCESS's operations?
☐ Yes
☑ No
(If you answer **Yes**, your verdict is for ACCESS. If you answer **No**, proceed to Question 4.)

**Question 4: Damages**
If you answered **No** to Question 3, what amount of damages do you award to Ms. Hamood?

- **Economic Damages**              $ 5,471

- **Compensatory Damages:**         $ 300,000

- **Punitive Damages:**             $ 1,500,000

**Foreperson Signature:** s/Jury Foreperson
In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

Date: 2/20/26